UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GEORGE N. NASKARIS,

Plaintiff,

-against-

ROBERT W. SEIDEN, ESQ.,

Defendant.

26-CV-5157 (GBD)

ORDER OF DISMISSAL

GEORGE B. DANIELS, United States District Judge:

By order dated August 5, 2026, the Court dismissed this action without prejudice for lack of subject matter jurisdiction and granted Plaintiff 30 days' leave to replead. On August 10, 2026, Plaintiff filed an application titled "Motion – Withdraw Complaint Without Prejudice." (ECF 10.)

The Federal Rules of Civil Procedure allow a plaintiff voluntarily to dismiss an action without a court order by filing (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared. Fed. R. Civ. P. 41(a)(1)(A).[1] Defendants have not been served or appeared, and therefore no court order is required to dismiss this action.

Because there was some ambiguity in Plaintiff's motion about whether he wished to amend his complaint to cure the deficiency, the Court, by order dated October 5, 2026, granted Plaintiff a 30-day extension of time to replead. The October 5, 2026 order notified Plaintiff that if he took no further action within 30 days, the Court would direct the Clerk of Court to dismiss this action without prejudice in accordance with his notice of voluntary withdrawal (ECF 10) and

---

[1] A voluntary dismissal under Rule 41(a) is generally without prejudice to repleading. For Plaintiff's benefit, the Court notes that "if the plaintiff previously dismissed any federal- or state-court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits." Fed. R. Civ. P. 41(a)(1)(B).

terminate this action. Plaintiff has not responded, and the time to do so has expired. Accordingly, based on Plaintiff's notice (ECF 10), this action is voluntarily dismissed without prejudice under Rule 41(a).

## CONCLUSION

This action is voluntarily dismissed without prejudice under Rule 41(a) based on Plaintiff's notice of withdrawal (ECF 10).

The Clerk of Court is directed to terminate any pending motions and close this case.

SO ORDERED.

Dated: November 18, 2026
New York, New York

George B. Daniels

GEORGE B. DANIELS
United States District Judge